# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, and TPS IV of PA, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PHILADELPHIA UROSURGICAL ASSOCIATES PC,<br><br>Defendant. | Adv. Proc. No. 21-50962 (MFW) |

## STIPULATION EXTENDING PRE-TRIAL DATES AND DEADLINES

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, Center City Healthcare, LLC d/b/a Hahnemann University Hospital and TPS IV of PA, LLC ("**Plaintiffs**"), and Defendant, Philadelphia Urosurgical Associates P.C. ("**Defendant**"), by and through their undersigned counsel, that the last day for all non-expert fact discovery including depositions of fact witnesses, as set forth in the *Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Debtors Pursuant to Sections 502, 547, 548 and 550 of the Bankruptcy*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

*Code* entered by the Court on September 21, 2021 [Docket No. 9] shall be extended from May 31, 2022 to June 10, 2022.

| | |
|---|---|
| **SAUL EWING ARNSTEIN & LEHR LLP** | **BIELLI & KLAUDER, LLC** |

*/s/ Monique B. DiSabatino*
John D. Demmy (DE Bar No. 2802)
Monique Bair DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899-1266
Telephone: (302) 421-6800
john.demmy@saul.com
monique.disabatino@saul.com

-and-

Michelle G. Novick
161 North Clark, Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7899
Fax: (312) 876-7349
michelle.novick@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
A. Mayer Kohn
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
jeffrey.hampton@saul.com
adam.isenberg@saul.com
mayer.kohn@saul.com

*Counsel for the Plaintiffs*

Dated: May 25, 2022

*/s/ David M. Klauder*
David M. Klauder (DE Bar No. 5769)
1204 N. King Street
Wilmington, DE 19801
Telephone: (302) 803-4600
Fax: (302) 397-2557
dklauder@bk-legal.com

-and-

**LUNDY BELDECOS & MILBY, P.C.**

Jessica M. Gulash, Esquire
450 N. Narberth Ave, Suite 200
Narberth, PA 19072
Phone: (610) 668-0770
Email: jgulash@lbmlaw.com

*Counsel for Defendant Philadelphia Urosurgical Associates P.C.*