IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC D/B/A HAHNEMANN UNIVERSITY HOSPITAL and TPS IV OF PA, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>PHILADELPHIA UROSURGICAL ASSOCIATES PC,<br><br>    Defendant. | Adv. Proc. No. 21-50962 (MFW) |

**NOTICE OF WITHDRAWAL OF STIPULATION
FOR ENTRY OF CONSENT JUDGMENT**

Please be advised that on June 8, 2022, plaintiffs Center City Healthcare, LLC d/b/a Hahnemann University Hospital and TPS IV of PA, LLC and defendant Philadelphia Urosurgical Associates, parties to the above-captioned adversary action, filed the *Stipulation for Entry of Consent Judgment* (the "**Stipulation**") [Adversary No. 26]. The Stipulation is hereby withdrawn.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

40140215.1 06/08/2022

| | |
|---|---|
| Dated: June 8, 2022 | **SAUL EWING ARNSTEIN & LEHR LLP** |

                         By:    */s/ John D. Demmy*
                                  Mark Minuti (DE Bar No. 2659)
                                  John D. Demmy (DE Bar No. 2802)
                                  Monique B. DiSabatino (DE Bar No. 6027)
                                  1201 N. Market Street, Suite 2300
                                  P.O. Box 1266
                                  Wilmington, DE  19899
                                  Telephone: (302) 421-6800
                                  Fax: (302) 421-5873
                                  mark.minuti@saul.com
                                  john.demmy@saul.com
                                  monique.disabatino@saul.com

                                             -and-

                                  Jeffrey C. Hampton
                                  Adam H. Isenberg
                                  Centre Square West
                                  1500 Market Street, 38th Floor
                                  Philadelphia, PA 19102
                                  Telephone: (215) 972-7700
                                  Fax: (215) 972-7725
                                  jeffrey.hampton@saul.com
                                  adam.isenberg@saul.com

                                  *Counsel for Plaintiffs*