# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,<br>　　　　Debtors.<br><br>CENTER CITY HEALTHCARE, LLC D/B/A HAHNEMANN UNIVERSITY HOSPITAL and TPS IV OF PA, LLC,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>PHILADELPHIA UROSURGICAL ASSOCIATES PC,<br><br>　　　　Defendant. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br><br><br><br>Adv. Proc. No. 21-50962 (MFW)<br><br><br><br>**Re: Docket No. 28** |

## ORDER ENTERING CONSENT JUDGMENT

Upon consideration of the *Stipulation For Entry of Consent Judgment*; it is hereby ordered:

Judgment is entered against Defendant and in favor of Plaintiffs in the amount of $103,051.00 plus post-judgment interest pursuant to 28 U.S.C. § 1961.

Dated: June 10th, 2022　　　　　　　　　　　　　　　MARY F. WALRATH
Wilmington, Delaware　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE